# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Tammy Bullis**
      Plaintiff
  vs.                               CASE NUMBER: 3:12-CV-1753 (NAM/ATB)

**Carolyn W. Colvin**
      Defendant

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 1st day of July, 2013.

DATED: July 2, 2013

*[signature]*
Clerk of Court

s/_____
Nicole Killius
Deputy Clerk